# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA
## CONCILIATION CONFERENCE MINUTES

### *Conciliation Conference:*

|  |  |
|---|---|
| **Debtor:** | LISA M. KUSAN |
| **Case Number:** | 16-22718-JAD    **Chapter:** 13 |
| **Date / Time / Room:** | THURSDAY, FEBRUARY 02, 2017 01:30 PM   3251 US STEEL |
| **Hearing Officer:** | CHAPTER 13 TRUSTEE |

FILED
2/3/17 4:01 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

### *Matter:*

#12 - Final Confirmation of Plan Dated 8/5/16 NFC
R / M #: 12 / 0

### *Appearances:*

Debtor: J. Steidl

Trustee: Winnecour / Bedford / (Pail) / Katz

Creditor:

### *Proceedings:*

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. _____ The plan payment/term is increased/extended to _____, effective _____.
7. __X__ Plan/Motion continued to 4/13/17 at 2:30.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. _____ Other:

1/27/2017   4:16:58PM