UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

IN RE:    LISA M. KUSAN

Chapter 13
Case Number: 16-22718

**WITHDRAWAL OF PROOF OF CLAIM**

Creditor, American InfoSource LP as agent for Spot Loan, hereby withdraws its Proof of Claim, filed on 08/01/2016, marked as claim number 1 on the court's claims register, for the account number ending in 9033, and in the amount of $1,508.13.

Dated: 09/15/2017

/s/ Ashley Boswell

American InfoSource LP as agent for Spot Loan
PO Box 248838
Oklahoma City, OK  73124-8838

Reference Number: 5665996Withdraw

9033