IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-22718-JAD |
| | ) | Chapter 13 |
| LISA M. KUSAN, | ) | Docket No. |
|    *Debtors* | ) | |
| | ) | |
| LISA M. KUSAN, | ) | |
|    *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN INFOSOURCE LP, | ) | |
| SPRINGLEAF FINANCIAL SERVICES, | ) | |
| SYNCHRONY BANK, ONEMAIN, | ) | |
| PEOPLES NATURAL GAS COMPANY LLC, | ) | |
| DUQUESNE LIGHT COMPANY, | ) | |
| PINGORA LOAN SERVICING LLC, | ) | |
| OFFICE OF THE U.S. TRUSTEE, | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
|    *Respondents* | ) | |

**CERTIFICATE OF SERVICE OF CONSENTED ORDER APPROVING THE DEBTOR TO OBTAIN FINANCING**

    I certify under penalty of perjury that I served the above captioned pleading on the parties at the addresses specified below or on the attached list on <u>October 4, 2017.</u>

    The type(s) of service made on the parties (first-class mail, electronic notification, hand delivery, or another type of service) was: <u>First Class U.S. Mail</u>.

    If more than one method of service was employed, this certificate of service groups the parties by the type of service. For example, the full name, email address, and where applicable the full name of the person or entity represented, for each party served by electronic transmission is listed under the heading "Service by NEF," and the full name and complete postal address for each party served by mail, is listed under the heading "Service by First-Class Mail."
EXECUTED ON:

Attached Mailing Matrix

                                    By: <u>/s/ Kenneth Steidl</u>
                                         Kenneth Steidl, Esquire
                                         Attorney for the Debtor(s)
                                         STEIDL & STEINBERG, P.C.
                                         Suite 2830 - Gulf Tower
                                         707 Grant Street
                                         Pittsburgh, PA  15219
                                         (412) 391-8000
                                         P.A.I.D. No. 34965
                                         ken.steidl@steidl-steinberg.com

**PAWB Local Form 7 (07/13)**

```
Label Matrix for local noticing          American InfoSource LP as agent for       American InfoSource LP as agent for Spot Loa
0315-2                                   Spot Loan                                 PO Box 248838
Case 16-22718-JAD                        PO Box 248838                             Oklahoma City, OK 73124-8838
WESTERN DISTRICT OF PENNSYLVANIA         Oklahoma City, OK  73124-8838
Pittsburgh
Wed Oct  4 17:30:46 EDT 2017

Peter J. Ashcroft                        Cash Advance Now                          Cenlar
Bernstein-Burkley, P.C.                  P.O. Box 569                              PO Box 986
Suite 2200, Gulf Tower                   Hays, MT 59527-0569                       Newark, NJ 07184-0001
Pittsburgh, PA 15219-1900


Cenlar Central Loan Admin.               Duquesne Light Company                    Joshua I. Goldman
P.O. Box 77404                           c/o Peter J. Ashcroft,                    KML Law Group, P.C.
Trenton, NJ 08628-6404                   Bernstein-Burkley, P.C.,                  701 Market Street
                                         707 Grant St., Suite 2200, Gulf Tower,    Suite 5000
                                         Pittsburgh, PA 15219-1945                 Philadelphia, PA 19106-1541

Great Plains Finance LLC                 Green Trust Cash LLC                      Lisa M. Kusan
P.O. Box 569                             P.O. Box 340                              1556 Hubbard Street
Hays, MT 59527-0569                      Hays, MT 59527-0340                       Pittsburgh, PA 15212-2175



Matthew John McClelland                  Office of the United States Trustee       OneMain
KML Law Group, P.C.                      Liberty Center.                           PO BOX 70912
701 Market Street                        1001 Liberty Avenue, Suite 970            Charlotte NC 28272-0912
Suite 5000                               Pittsburgh, PA 15222-3721
Philadelphia, PA 19106-1541

Pennsylvania Dept. of Revenue            Peoples Natural Gas Company LLC           Peoples Natural Gas Company LLC
Department 280946                        225 North Shore Drive                     c/o S. James Wallace, P.C.
P.O. Box 280946                          Attention:  Barbara Rodgers               845 North Lincoln Avenue
ATTN: BANKRUPTCY DIVISION                Pittsburgh, PA 15212-5860                 Pittsburgh, PA 15233-1828
Harrisburg, PA 17128-0946

Pingora Loan Servicing, LLC              Recovery Management Systems Corporation   Recovery Management Systems Corporation
Cenlar FSB                               25 S.E. Second Avenue                     25 S.E. 2nd Avenue, Suite 1120
425 Phillips BLVD                        Suite 1120                                Miami, FL 33131-1605
Ewing, NJ 08618-1430                     Miami, FL 33131-1605


Rosebud Lending & Zoca Loans             (p)SPRINGLEAF FINANCIAL SERVICES          Kenneth Steidl
P.O. Box 1147                            P O BOX 3251                              Steidl & Steinberg
Mission, SD 57555-1147                   EVANSVILLE IN 47731-3251                  Suite 2830 Gulf Tower
                                                                                   707 Grant Street
                                                                                   Pittsburgh, PA 15219-1908

Synchrony Bank                           Target Finance LLC                        S. James Wallace
c/o PRA Receivables Management, LLC      P.O. Box 516                              845 N. Lincoln Avenue
PO Box 41021                             Hays, MT 59527-0516                       Pittsburgh, PA 15233-1828
Norfolk VA 23541-1021



James Warmbrodt                          Ronda J. Winnecour
KML Law Group, P.C.                      Suite 3250, USX Tower
701 Market Street                        600 Grant Street
Suite 5000                               Pittsburgh, PA 15219-2702
Philadelphia, PA 19106-1541
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| | | |
|---|---|---|
| SPRINGLEAF FINANCIAL SERVICES<br>P.O. BOX 3251<br>EVANSVILLE, IN 47731-3251 | (d)Springleaf Financial<br>3274 Babcock Boulevard<br>Pittsburgh, PA 15237 | (d)Springleaf Financial<br>3274 Babcock Boulevard<br>Suite 4<br>Pittsburgh, PA 15237 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| | | |
|---|---|---|
| (u)Duquesne Light Company | (u)Pingora Loan Servicing, LLC | End of Label Matrix<br>Mailable recipients    28<br>Bypassed recipients     2<br>Total                  30 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br><br>LISA M. KUSAN,<br>*Debtors*<br><br>LISA M. KUSAN,<br>*Movants*<br><br>vs.<br><br>AMERICAN INFOSOURCE LP,<br>SPRINGLEAF FINANCIAL SERVICES,<br>SYNCHRONY BANK, ONEMAIN,<br>PEOPLES NATURAL GAS COMPANY LLC,<br>DUQUESNE LIGHT COMPANY,<br>PINGORA LOAN SERVICING LLC,<br>OFFICE OF THE U.S. TRUSTEE,<br>RONDA J. WINNECOUR, ESQ., TRUSTEE<br>*Respondents* | Case No. 16-22718-JAD<br>Chapter 13<br>Docket No. 39 |

## ORDER OF COURT

AND NOW, to wit, this __2nd__ day of __October__, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to obtain a loan for no more than $24,000.00 with a monthly payment of no more than $420.00 and an interest rate of no more than 20.000% and will be used to purchase a new or used motor vehicle;

2. The vehicle must be purchased within 30 days of the date of this order;

3. The Debtors will file a report of financing within 10 days of purchase of the vehicle.

4. The Debtors shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

FURTHER ORDERED: N/A.

FILED
10/2/17 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ J.
10-2-2017
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CONSENTED TO BY:

/s/ Jana Pail                                                                                       /s/ Kenneth Steidl
Jana Pail, Office of the Chapter 13 Trustee                          Attorney for the Debtor