IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | Case No. 16-22718-JAD |
| | ) | Chapter 13 |
| LISA M. KUSAN, | ) | Docket No. 39 |
|    *Debtors* | ) | |
| | ) | |
| LISA M. KUSAN, | ) | |
|    *Movants* | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| AMERICAN INFOSOURCE LP, | ) | |
| SPRINGLEAF FINANCIAL SERVICES, | ) | |
| SYNCHRONY BANK, ONEMAIN, | ) | |
| PEOPLES NATURAL GAS COMPANY LLC, | ) | |
| DUQUESNE LIGHT COMPANY, | ) | |
| PINGORA LOAN SERVICING LLC, | ) | |
| OFFICE OF THE U.S. TRUSTEE, | ) | |
| RONDA J. WINNECOUR, ESQ., TRUSTEE | ) | |
|    *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this __2nd__ day of __October__, 2017, it is hereby ORDERED, ADJUDGED, and DECREED, that:

1. The Debtor is approved to obtain a loan for no more than $24,000.00 with a monthly payment of no more than $420.00 and an interest rate of no more than 20.000% and will be used to purchase a new or used motor vehicle;

2. The vehicle must be purchased within 30 days of the date of this order;

3. The Debtors will file a report of financing within 10 days of purchase of the vehicle.

4. The Debtors shall file an amended Chapter 13 Plan, which includes the new vehicle loan, within 10 days after the vehicle has been purchased.

FURTHER ORDERED: N/A.

FILED
10/2/17 2:28 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

_____ 10-2-2017 J.
Jeffery A. Deller
Chief U.S. Bankruptcy Judge

CONSENTED TO BY:

/s/ Jana Pail_____                                    /s/ Kenneth Steidl
Jana Pail, Office of the Chapter 13 Trustee               Attorney for the Debtor

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22718-JAD
Lisa M. Kusan                                                             Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0315-2        User: bsil              Page 1 of 1            Date Rcvd: Oct 02, 2017
                            Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 04, 2017.
db             +Lisa M. Kusan,    1556 Hubbard Street,    Pittsburgh, PA 15212-2175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                       Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 2, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Lisa M. Kusan julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Matthew John McClelland    on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8