IN THE UNITED STATES BANKRUPTCY COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Lisa M. Kusan, | ) | Case No. 16-22718 JAD |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Lisa M. Kusan, | ) | Document No. WO-1 |
| Social Security No. XXX-XX-2843 | ) | |
| *Movant* | ) | Doc. # 40 |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Giant Eagle and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

## ORDER OF COURT

AND NOW, to wit, this  23rd  day of   October         , 2017, it is hereby ORDERED, ADJUDGED and DECREED, that Giant Eagle, Attn: Payroll Dept., 132 Ben Avon Heights Road, Pittsburgh, PA 15237, is hereby ordered to immediately terminate the attachment of the wages of Lisa M. Kusan. No future payments are to be sent by Giant Eagle to Ronda J. Winnecour, Trustee on behalf of Lisa M. Kusan.

FURTHER ORDERED:   n/a

_____ jsf
U.S. Bankruptcy Judge

FILED
10/23/17 1:03 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                Case No. 16-22718-JAD
Lisa M. Kusan                                                         Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: bsil              Page 1 of 1           Date Rcvd: Oct 23, 2017
                              Form ID: pdf900         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 25, 2017.
db              +Lisa M. Kusan,    1556 Hubbard Street,    Pittsburgh, PA 15212-2175

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2017                                    Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2017 at the address(es) listed below:
              James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Joshua I. Goldman    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth Steidl    on behalf of Debtor Lisa M. Kusan julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;leslie.
               nebel@steidl-steinberg.com;todd@steidl-steinberg.com;cgoga@steidl-steinberg.com;jbarlow@steidl-st
               einberg.com;r53037@no
              Matthew John McClelland    on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 8