IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re:<br>**Lisa M. Kusan**<br><br>Debtor<br><br>**Lisa M. Kusan**<br>Movant<br><br>v.<br><br>No Respondent | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Bankruptcy No. **16-22718**<br><br>Chapter **13**<br><br>Related to Document No. |

**NOTICE REGARDING MODIFICATION TO MAILING MATRIX**

In accordance with Local Bankruptcy Rule 1007-1(f) I,   **Kenneth Steidl**  , counsel for the debtor(s) in the above-captioned case, hereby certify that the following list of creditors' names and addresses was uploaded through the creditor maintenance option in CM/ECF to the above captioned case regarding the filing of an amendment to the schedules.

By: **/s/ Kenneth Steidl**
   Signature
   **Kenneth Steidl**
   Typed Name
   **28th Floor - Gulf Tower**
   **707 Grant Street**
   **Pittsburgh, PA 15219-1908**
   Address
   **412-391-8000 Fax:412-391-0221**
   Phone No.
   **34965**
   List Bar I.D. and State of Admission

DriveTime - McKnight  
7211 McKnight Road  
Pittsburgh PA 15237-3509