**LOCAL BANKRUPTCY FORM NO. 5
IN THE UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE ) | |
| ) | Case No. 16-22718 JAD |
| Lisa M. Kusan, ) | Chapter 13 |
| *Debtor* ) | Docket No. |
| ) | |
| Lisa M. Kusan, ) | |
| *Movant* ) | |
| ) | |
| Vs. ) | |
| ) | |
| No Respondents ) | |

**AMENDMENT COVER SHEET**

Amendment(s) to the following petition, list(s), schedule(s), or statement(s) are transmitted herewith:

　　*Specify reason for amendment*. The Debtor is amending Schedule D to include the company that financed the motor vehicle that she was authorized to purchase through the US Bankruptcy Court.

　　\_\_\_\_\_ Voluntary Petition.
　　\_\_\_\_\_ _Official Form 6 Schedules_ (Itemization of Changes Must be Specified)
　　\_\_\_\_\_ Summary of Schedules
　　\_\_\_\_\_ Schedule A – Real Property
　　\_\_\_\_\_ Schedule B - Personal Property
　　\_\_\_\_\_ Schedule C – Property Claimed as Exempt
　　__X__ Schedule D – Creditors holding Secured Claims}
　　　　　Check one:
　　　　　__X__ Creditor(s) added
　　　　　\_\_\_\_\_ NO creditor(s) added
　　　　　\_\_\_\_\_ Creditor(s) deleted
　　\_\_\_\_\_ Schedule E – Creditors Holding Unsecured Priority Claims
　　　　　Check one:
　　　　　\_\_\_\_\_ Creditor(s) added
　　　　　\_\_\_\_\_ NO creditor(s) added
　　　　　\_\_\_\_\_ Creditor(s) deleted
　　\_\_\_\_ Schedule F – Creditors Holding Unsecured Nonpriority Claims
　　　　　Check one:
　　　　　\_\_\_\_ Creditor(s) added
　　　　　\_\_\_\_\_ NO creditor(s) added
　　　　　\_\_\_\_\_ Creditor(s) deleted

   \_\_\_\_\_ Schedule G – Executory Contracts and Unexpired Leases
     Check one:
      \_\_\_\_\_ Creditor(s) added
      \_\_\_\_\_  NO creditor(s) added
      \_\_\_\_\_ Creditor(s) deleted
 \_\_\_\_\_ Schedule H – Codebtors
 \_\_\_\_\_ Schedule I -  Current Income of Individual Debtor(s)
 \_\_\_\_\_ Schedule J-   Current Expenditures of Individual Debtor(s)
 \_\_\_\_\_ Statement of Financial Affairs
 \_\_\_\_\_ Chapter 7 Individual Debtor's Statement of Intention
 \_\_\_\_\_ Chapter 11 List of Equity Security Holders
 \_\_\_\_\_ Chapter 11 List of Creditors Holding 20 Largest Unsecured Claims
 \_\_\_\_\_ Disclosure of Compensation of Attorney for Debtor
 \_\_\_\_\_ Other:

**NOTICE OF AMENDMENT(S) TO AFFECTED PARTIES**
Pursuant to Fed.R.Bankr.P. 1009(a) and Local Rule 1009-1, I certify that notice of the filing of the amendment(s) checked above has been given this date to the U.S. Trustee, the trustee in this case and to entities affected by the amendment as follows:

Ronda J. Winnecour, Trustee
Suite 3250, USX Tower
600 Grant Street
Pittsburgh, PA 15219

DriveTime - McKnight
7211 McKnight Road
Pittsburgh PA 15237-3509

Date:   November 7, 2017      /s/ Kenneth Steidl
                Kenneth Steidl, Esquire
                Attorney for the Debtor

                STEIDL & STEINBERG
                Suite 2830 – Gulf Tower
                707 Grant Street
                Pittsburgh, PA  15219
                (412) 391-8000
                PA I.D. No. 34965
                Ken.Steidl@steidl-steinberg.com

**Fill in this information to identify your case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lisa** | **M.** | **Kusan** |
| | First Name | Middle Name | Last Name |
| Debtor 2 | | | |
| (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF PENNSYLVANIA | | |
| Case number | 16-22718 | | |
| (if known) | | | |

☐ Check if this is an amended filing

Official Form 106D

## Schedule D: Creditors Who Have Claims Secured by Property   12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

**1. Do any creditors have claims secured by your property?**

☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.

■ Yes. Fill in all of the information below.

**Part 1: List All Secured Claims**

**2. List all secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | | Column A<br>Amount of claim<br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim | Column C<br>Unsecured portion<br>If any |
|---|---|---|---|---|
| **2.1** | **Cenlar**<br>Creditor's Name<br><br>**PO Box 986**<br>**Newark, NJ 07184**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**1556 Hubbard Street Pittsburgh, PA 15212  Allegheny County**<br>**Value determined by Comparative Market Analysis completed 07/31/2016**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $53,000.00 | $64,500.00 | $0.00 |
| | **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Mortgage** | | | |
| | Date debt was incurred | Last 4 digits of account number  **3923** | | | |
| **2.2** | **DriveTime - McKnight**<br>Creditor's Name<br><br>**7211 McKnight Road**<br>**Pittsburgh, PA**<br>**15237-3509**<br>Number, Street, City, State & Zip Code | Describe the property that secures the claim:<br>**2007 Honda CRV**<br><br>As of the date you file, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $13,895.00 | $13,895.00 | $0.00 |
| | **Who owes the debt?** Check one.<br>■ Debtor 1 only<br>☐ Debtor 2 only<br>☐ Debtor 1 and Debtor 2 only<br>☐ At least one of the debtors and another<br>☐ Check if this claim relates to a community debt | **Nature of lien.** Check all that apply.<br>☐ An agreement you made (such as mortgage or secured car loan)<br>☐ Statutory lien (such as tax lien, mechanic's lien)<br>☐ Judgment lien from a lawsuit<br>■ Other (including a right to offset)  **Automobile** | | | |

| Debtor 1 | Lisa M. Kusan | | Case number (if know) | 16-22718 |
|---|---|---|---|---|
| | First Name    Middle Name    Last Name | | | |

**Date debt was incurred** 2017    **Last 4 digits of account number**

| 2.3 | **Springleaf Financial** | **Describe the property that secures the claim:** | $3,872.33 | $4,975.00 | $0.00 |
|---|---|---|---|---|---|
| | Creditor's Name | **2006 Toyota Matrix 113,000 miles Location: 1556 Hubbard Street, Pittsburgh PA 15212** | | | |

**3274 Babcock Boulevard Suite 4 Pittsburgh, PA 15237**
Number, Street, City, State & Zip Code

**As of the date you file, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
■ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another
☐ Check if this claim relates to a community debt

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
■ Other (including a right to offset)    **Automobile**

**Date debt was incurred**    **Last 4 digits of account number** 7202

| Add the dollar value of your entries in Column A on this page. Write that number here: | $70,767.33 |
|---|---|
| If this is the last page of your form, add the dollar value totals from all pages. Write that number here: | $70,767.33 |

**Part 2:   List Others to Be Notified for a Debt That You Already Listed**

Use this page only if you have others to be notified about your bankruptcy for a debt that you already listed in Part 1. For example, if a collection agency is trying to collect from you for a debt you owe to someone else, list the creditor in Part 1, and then list the collection agency here. Similarly, if you have more than one creditor for any of the debts that you listed in Part 1, list the additional creditors here. If you do not have additional persons to be notified for any debts in Part 1, do not fill out or submit this page.