IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| Lisa M. Kusan, | ) | Case No. 16-22718 JAD |
| *Debtor* | ) | Chapter 13 |
| | ) | |
| Lisa M. Kusan, | ) | Related to Document No. 64 |
| Social Security No. XXX-XX-2843 | ) | |
| *Movant* | ) | |
| | ) | |
| *vs.* | ) | |
| | ) | |
| Allegheny Clinic and | ) | |
| Ronda J. Winnecour, Trustee, | ) | |
| *Respondents* | ) | |

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on November 30, 2017, a true and correct copy of the *Amended Order to Pay Trustee* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

Ronda J. Winnecour, Trustee
Suite 3250 – US Steel Tower
600 Grant Street
Pittsburgh, PA 15219

Allegheny Clinic
Attn: Payroll Dept.
320 East North Avenue
Pittsburgh, PA 15212

Date of Service:   November 30, 2017   /s/ Kenneth Steidl
Kenneth Steidl, Esquire
STEIDL & STEINBERG
28th Floor, Gulf Tower
707 Grant Street
Pittsburgh, PA 15219
(412) 391-8000
ken.steidl@steidl-steinberg.com