# UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF WESTERN PENNSYLVANIA

## Proceeding Memo

**Conciliation Conference:**

- Debtor: LISA M. KUSAN
- Case Number: 16-22718-JAD   Chapter: 13
- Date / Time / Room: FRIDAY, MARCH 08, 2019 11:00 AM   COURTROOM D
- Bankruptcy Judge: JEFFERY A. DELLER
- Courtroom Clerk: JEFF FURIS
- Reporter / ECR: N/A

**Matter:**

Motion To Sell Real Estate Free And Divested of Liens filed by Debtor
- Objection filed by Flagstar Bank on 2/4/2019 at Doc. # 84
- Response Filed by Chapter 13 Trustee on 2/6/2019 at Doc. # 86
- Response To Trustee's Response filed by Debtor on 2/18/2019 at Doc. # 90
- Proof of Publication in Pittsburgh Post-Gazette filed on 3/1/2019 at Doc. # 95

R / M #: 80 / 0

**Appearances:**

TRUSTEE: WINNECOUR / (BAILY) KATZ / DESIMONE
DEBTOR(S): Kenneth (Steidl) Esq.
CREDITOR: James C. (Warmbrodt) Esq.

**Proceedings:**   R(E Agent): Fisher

X  Motion is (GRANTED) / DENIED   O/E
___ Special Type Of Order:
___ CONTINUE MATTER:
   ___ For At Least ___ Days (Court To Issue Scheduling Order)
   ___ To Hearing Date Of _____ at ____ AM/PM at _____
   ___ To Conciliation Conference For _____ at
       _____ AM/PM at _____
___ ISSUE EVIDENTIARY HEARING NOTICE
   ___ Evidentiary Hearing On Value And Cram-Down Interest
   ___ Complex / Pretrial Order - NONJURY / JURY
   ___ Simple / Pretrial Order - NONJURY / JURY
   ___ Parties To Undertake Discovery - Discovery Period: ___ days
___ SETTLEMENT STIPULATION IS DUE _____
___ OTHER:

FILED
3/8/19 12:38 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge