IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | ) | |
| Lisa M. Kusan, | ) | Case No. 16-22718 JAD |
| Debtor | ) | Chapter 13 |
| | ) | |
| Lisa M. Kusan, | ) | Related Docket No. 98 |
| Movant | ) | |
| | ) | |
| | ) | |
| Vs. | ) | |
| | ) | |
| No Respondent(s) | ) | |

**<u>REPORT OF SALE OF 1556 HUBBARD STREET, PITTSBURGH, PA 15212</u>**

AND NOW, comes the Debtor, Lisa M. Kusan, by and through her attorney Kenneth Steidl, and Steidl and Steinberg, Attorneys at Law, and respectfully represents as follows:

1. This case was commenced on July 22, 2016 when the Debtor filed a voluntary petition under Chapter 13 of the Bankruptcy Code.

2. On March 28, 2019, this Honorable Court approved the sale of the Debtor's real property located 1556 Hubbard Street, Pittsburgh, PA 15212 free and clear of liens to JT Property Holdings., LLC for $66,225.00.

3. The Buyer has withdrawn from the sale and the closing canceled.

4. The Debtor has now received another offer of $74,000.00 from a different Buyer. Counsel for the Debtor is the process of filing of seeking Court approval of the sale

WHEREFORE, the Debtor, Lisa M. Kusan respectfully files this Report of Financing.

        Respectfully submitted,

April 25, 2019        /s/ Kenneth Steidl
DATE        Kenneth Steidl, Esquire
        Attorney for the Debtor(s)

        STEIDL & STEINBERG
        Suite 2830 – Gulf Tower
        707 Grant Street
        Pittsburgh, PA  15219
        (412) 391-8000
        ken.steidl@steidl-steinberg.com
        PA I.D. No. 34965