UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT OF WESTERN PENNSYLVANIA

# Proceeding Memo

*Conciliation Conference:*

|  |  |
|---|---|
| Debtor: | LISA M. KUSAN |
| Case Number: | 16-22718-JAD    Chapter: 13 |
| Date / Time / Room: | WEDNESDAY, MAY 29, 2019 10:00 AM   COURTROOM D |
| Bankruptcy Judge: | JEFFERY A. DELLER |
| Courtroom Clerk: | JEFF FURIS |
| Reporter / ECR: | N/A |

*Matter:*

Motion To Sell Real Estate Free And Divested of Liens filed by Debtor
- Proof of Publication in Pittsburgh Post-Gazette filed on 5/13/2019 at Doc. # 105
- Proof of Publication in Pittsburge Legal Journal filed on 5/17/2019 at Doc. # 107
- No Response Filed [Due 5/13/2019]
R / M #:  102 / 0

*Appearances:*

TRUSTEE: WINNECOUR / PAIL / KATZ / DESIMONE ✓
DEBTOR(S): ~~Kenneth Steidl, Esq.~~ (Lam)
CREDITOR:

*Proceedings:*

✓ Motion is GRANTED / DENIED
____ Special Type Of Order: _____
____ CONTINUE MATTER:
    ____ For At Least ____ Days (Court To Issue Scheduling Order)
    ____ To Hearing Date Of _____ at _____ AM/PM at _____

    ____ To Conciliation Conference For _____ at
         _____ AM/PM at _____
____ ISSUE EVIDENTIARY HEARING NOTICE
    ____ Evidentiary Hearing On Value And Cram-Down Interest
    ____ Complex / Pretrial Order - NONJURY  /  JURY
    ____ Simple / Pretrial Order - NONJURY  /  JURY
    ____ Parties To Undertake Discovery - Discovery Period: ____ days
____ SETTLEMENT STIPULATION IS DUE _____
____ OTHER:

FILED
5/29/19 1:23 pm
CLERK
U.S. BANKRUPTCY
COURT - WDPA

JEFFERY A. DELLER
U.S. Bankruptcy Judge