**Form 132**

**UNITED STATES BANKRUPTCY COURT**          120
**WESTERN DISTRICT OF PENNSYLVANIA**          culy

In re:                                                      Bankruptcy Case No.: 16–22718–JAD

Chapter: 7

**Lisa M. Kusan**
   Debtor(s)

### NOTICE OF APPOINTMENT OF INTERIM TRUSTEE
### AND DETERMINATION OF TRUSTEE BOND

   Jeffrey J. Sikirica is hereby appointed Interim Trustee for the estate of the above debtor(s). Unless another trustee is elected at the meeting of creditors, convened pursuant to 11 U.S.C §341(a), the Interim Trustee shall serve as Trustee.

   In accordance with 11 U.S.C §322(b), the United States Trustee has determined the amount of the blanket trustee bond and determined the sufficiency of the surety thereon.

 Dated: 6/25/19                                        **Andrew R. Vara**
                                                        Acting United States Trustee

                                                        **Joseph S. Sisca**
                                                        Assistant United States Trustee
                                                        Western District of Pennsylvania

---

I Jeffrey J. Sikirica, hereby reject appointment as Trustee.

Dated: This _____ day of _____,_____.

                                                        Jeffrey J. Sikirica

United States Bankruptcy Court
Western District of Pennsylvania

In re:
Lisa M. Kusan
     Debtor

Case No. 16-22718-JAD
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0315-2         User: culy          Page 1 of 1         Date Rcvd: Jun 25, 2019
                       Form ID: 132        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
tr          +Jeffrey J. Sikirica,   121 Northbrook Drive,   Pine Township,   Gibsonia, PA 15044-8983

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
        Alexandra Teresa Garcia   on behalf of Creditor   Flagstar Bank, FSB as servicer for Pingora Loan
         Servicing, LLC ecfmail@mwc-law.com,  ecfmail@ecf.courtdrive.com
        Danielle Boyle-Ebersole   on behalf of Creditor   Bridgecrest Credit Company, LLC
         debersole@hoflawgroup.com,  pfranz@hoflawgroup.com
        James Warmbrodt   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        Jeffrey J. Sikirica   trusteesikirica@zoominternet.net,  PA59@ecfcbis.com
        Joshua I. Goldman   on behalf of Creditor   Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
        Kenneth Steidl   on behalf of Debtor Lisa M. Kusan julie.steidl@steidl-steinberg.com,
         ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
         eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
         inberg.com
        Matthew John McClelland   on behalf of Creditor   Pingora Loan Servicing, LLC
         bkgroup@kmllawgroup.com
        Office of the United States Trustee   ustpregion03.pi.ecf@usdoj.gov
        Peter J. Ashcroft   on behalf of Creditor   Duquesne Light Company pashcroft@bernsteinlaw.com,
         ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
        Ronda J. Winnecour   cmecf@chapter13trusteewdpa.com
        S. James Wallace   on behalf of Creditor   Peoples Natural Gas Company LLC sjw@sjwpgh.com,
         Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                   TOTAL: 11