**Information to identify the case:**

| | | | |
|---|---|---|---|
| Debtor 1 | **Lisa M. Kusan** | Social Security number or ITIN | **xxx–xx–2843** |
| | First Name  Middle Name  Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **WESTERN DISTRICT OF PENNSYLVANIA** | Date case filed in chapter **13** | **7/22/16** |
| Case number: | **16–22718–JAD** | Date case converted to chapter **7** | **6/25/19** |

Official Form 309B (For Individuals or Joint Debtors)
**Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     12/15

**For the debtors listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors or the debtors' property. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

The debtors are seeking a discharge. Creditors who assert that the debtors are not entitled to a discharge of any debts or who want to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadlines specified in this notice. (See line 9 for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.**

**Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.**

| | | About Debtor 1: | About Debtor 2: |
|---|---|---|---|
| 1. | **Debtor's full name** | Lisa M. Kusan | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 2034 Swallow Hill Road, Apt. 301<br>Pittsburgh, PA 15220 | |
| 4. | **Debtor's attorney**<br>Name and address | Kenneth Steidl<br>Steidl & Steinberg<br>Suite 2830 Gulf Tower<br>707 Grant Street<br>Pittsburgh, PA 15219 | Contact phone 412–391–8000<br><br>Email: julie.steidl@steidl–steinberg.com |
| 5. | **Bankruptcy trustee**<br>Name and address | Jeffrey J. Sikirica<br>121 Northbrook Drive<br>Pine Township<br>Gibsonia, PA 15044 | Contact phone 724–625–2566<br><br>Email: trusteesikirica@zoominternet.net |

**For more information, see page 2 >**

Official Form 309B (For Individuals or Joint Debtors) **Notice of Chapter 7 Bankruptcy Case –– Proof of Claim Deadline Set**     page **1**

| | | |
|---|---|---|
| **6. Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | U.S. Bankruptcy Court<br>5414 U.S. Steel Tower<br>600 Grant Street<br>Pittsburgh, PA 15219 | Hours open:<br>Mon. – Fri. Pittsburgh Office: 9:00a.m. – 4:30p.m. Erie Office: 9:00a.m. – 4:30p.m.<br><br>Contact phone 412–644–2700<br><br>Date: 6/25/19 |
| **7. Meeting of creditors**<br><br>Debtors must attend the meeting to be questioned under oath. In a joint case, both spouses must attend. Creditors may attend, but are not required to do so. | **September 3, 2019 at 01:00 PM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Liberty Center, 7th Floor, Room 740, 1001 Liberty Avenue, Pittsburgh, PA 15222** |
| **8.       Presumption of abuse**<br><br>If the presumption of abuse arises, you may have the right to file a motion to dismiss the case under 11 U.S.C. § 707(b). Debtors may rebut the presumption by showing special circumstances. | The presumption of abuse does not arise. | |
| **9. Deadlines**<br><br>The bankruptcy clerk's office must receive these documents and any required filing fee by the following deadlines. | **File by the deadline to object to discharge or to challenge whether certain debts are dischargeable:**<br><br>**You must file a complaint:**<br>• if you assert that the debtor is not entitled to receive a discharge of any debts under any of the subdivisions of 11 U.S.C. § 727(a)(2) through (7), or<br>• if you want to have a debt excepted from discharge under 11 U.S.C § 523(a)(2), (4) or (6).<br><br>**You must file a motion:**<br>• if you assert that the discharge should be denied under § 727(a)(8) or (9). | **Filing deadline: 11/4/19** |
| | **Deadline for all creditors to file a proof of claim (except governmental units):**<br>**Deadline for governmental units to file a proof of claim:** | **Filing deadline: 9/3/19**<br><br>**Filing deadline: 1/18/17** |
| | **Deadlines for filing proof of claim:**<br>A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. If you do not file a proof of claim by the deadline, you might not be paid on your claim. To be paid, you must file a proof of claim even if your claim is listed in the schedules that the debtor filed.<br>Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits the creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | |
| | **Deadline to object to exemptions:**<br>The law permits debtors to keep certain property as exempt. If you believe that the law does not authorize an exemption claimed, you may file an objection. | **Filing deadline:** 30 days after the *conclusion* of the meeting of creditors |
| **10. Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **11. Liquidation of the debtor's property and payment of creditors' claims** | The bankruptcy trustee listed on the front of this notice will collect and sell the debtor's property that is not exempt. If the trustee can collect enough money, creditors may be paid some or all of the debts owed to them in the order specified by the Bankruptcy Code. To ensure you receive any share of that money, you must file a proof of claim as described above. | |
| **12. Exempt property** | The law allows debtors to keep certain property as exempt. Fully exempt property will not be sold and distributed to creditors. Debtors must file a list of property claimed as exempt. You may inspect that list at the bankruptcy clerk's office or online at www.pacer.gov. If you believe that the law does not authorize an exemption that the debtors claim, you may file an objection. The bankruptcy clerk's office must receive the objection by the deadline to object to exemptions in line 9. | |

```
                         United States Bankruptcy Court
                         Western District of Pennsylvania

In re:                                                                   Case No. 16-22718-JAD
Lisa M. Kusan                                                            Chapter 7
          Debtor                     CERTIFICATE OF NOTICE

District/off: 0315-2           User: culy                   Page 1 of 2           Date Rcvd: Jun 25, 2019
                               Form ID: 309B                Total Noticed: 38


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 27, 2019.
db             +Lisa M. Kusan,    2034 Swallow Hill Road, Apt. 301,    Pittsburgh, PA 15220-1635
aty            +Alexandra Teresa Garcia,    McCabe Weisberg & Conway, P.C.,   123 South Broad Street,
                 Philadelphia, PA 19109-1029
aty            +Danielle Boyle-Ebersole,    Hladik, Onorato & Federman, LLP,   298 Wissahickon Avenue,
                 North Wales, PA 19454-4156
aty            +James Warmbrodt,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Joshua I. Goldman,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty            +Matthew John McClelland,    KML Law Group, P.C.,   701 Market Street,   Suite 5000,
                 Philadelphia, PA 19106-1541
aty             Peter J. Ashcroft,   Bernstein-Burkley, P.C.,   Suite 2200, Gulf Tower,
                 Pittsburgh, PA   15219-1900
aty            +S. James Wallace,   845 N. Lincoln Avenue,   Pittsburgh, PA 15233-1828
tr             +Jeffrey J. Sikirica,    121 Northbrook Drive,   Pine Township,   Gibsonia, PA 15044-8983
cr              American InfoSource LP as agent for Spot Loan fka,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
r              +Manfred Fisher,    Coldwell Banker Real Estate Services,   5996 Centre Ave., Suite 301,
                 Pittsburgh, PA 15206-3849
cr             +Peoples Natural Gas Company LLC,    225 North Shore Drive,   Attention: Barbara Rodgers,
                 Pittsburgh, PA 15212-5860
14759419       +Bridgecrest Credit Company, LLC,    PO BOX 29018,   PHOENIX, AZ 85038-9018
14263312       +Cash Advance Now,    P.O. Box 569,   Hays, MT 59527-0569
14270770       +Cenlar,    PO Box 986,   Newark, NJ 07184-0001
14263313       +Cenlar Central Loan Admin.,    P.O. Box 77404,   Trenton, NJ 08628-6404
14724352        DriveTime - McKnight,    7211 McKnight Road,   Pittsburgh PA 15237-3509
14993266       +Flagstar Bank, FSB as servicer for Pingora Loan Se,   C/O McCabe, Weisberg & Conway, LLC,
                 Suite 1400,   123 South Broad Street,   Philadelphia, PA 19109-1060
14263314       +Great Plains Finance LLC,    P.O. Box 569,   Hays, MT 59527-0569
14332016       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,   845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14335313       +Pingora Loan Servicing, LLC,    Cenlar FSB,   425 Phillips BLVD,   Ewing, NJ 08618-1430
14998133       +Pingora Loan Servicing, LLC,    c/o Flagstar Bank, FSB,   P. O. Box 660263,
                 Dallas, TX 75266-0263
14263316       +Rosebud Lending & Zoca Loans,    P.O. Box 1147,   Mission, SD 57555-1147
14263318       +Target Finance LLC,    P.O. Box 516,   Hays, MT 59527-0516

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
aty             E-mail/Text: julie.steidl@steidl-steinberg.com Jun 26 2019 02:53:55     Kenneth Steidl,
                 Steidl & Steinberg,   Suite 2830 Gulf Tower,   707 Grant Street,   Pittsburgh, PA 15219
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 26 2019 02:54:06     Pennsylvania Dept. of Revenue,
                 Department 280946,   P.O. Box 280946,   ATTN: BANKRUPTCY DIVISION,
                 Harrisburg, PA  17128-0946
ust            +E-mail/Text: ustpregion03.pi.ecf@usdoj.gov Jun 26 2019 02:54:11
                 Office of the United States Trustee,   Liberty Center.,   1001 Liberty Avenue, Suite 970,
                 Pittsburgh, PA 15222-3721
cr              EDI: RECOVERYCORP.COM Jun 26 2019 06:58:00     Recovery Management Systems Corporation,
                 25 S.E. Second Avenue,   Suite 1120,   Miami, FL  33131-1605
14268336        EDI: AIS.COM Jun 26 2019 06:58:00     American InfoSource LP as agent for,   Spot Loan,
                 PO Box 248838,   Oklahoma City, OK  73124-8838
14332292       +E-mail/Text: kburkley@bernsteinlaw.com Jun 26 2019 02:54:19     Duquesne Light Company,
                 c/o Peter J. Ashcroft,,   Bernstein-Burkley, P.C.,,   707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14263315       +E-mail/Text: collections@greentrustcash.com Jun 26 2019 02:54:17     Green Trust Cash LLC,
                 P.O. Box 340,   Hays, MT 59527-0340
14310679        EDI: AGFINANCE.COM Jun 26 2019 06:58:00     OneMain,   PO BOX 70912,   Charlotte NC 28272-0912
14300363        EDI: RECOVERYCORP.COM Jun 26 2019 06:58:00     Recovery Management Systems Corporation,
                 25 S.E. 2nd Avenue, Suite 1120,   Miami, FL 33131-1605
14280219        EDI: AGFINANCE.COM Jun 26 2019 06:58:00     SPRINGLEAF FINANCIAL SERVICES,   P.O. BOX 3251,
                 EVANSVILLE, IN 47731-3251
14263317        EDI: AGFINANCE.COM Jun 26 2019 06:58:00     Springleaf Financial,   3274 Babcock Boulevard,
                 Pittsburgh, PA 15237
14270774        EDI: AGFINANCE.COM Jun 26 2019 06:58:00     Springleaf Financial,   3274 Babcock Boulevard,
                 Suite 4,   Pittsburgh, PA 15237
14307469       +EDI: RMSC.COM Jun 26 2019 06:58:00     Synchrony Bank,   c/o PRA Receivables Management, LLC,
                 PO Box 41021,   Norfolk VA 23541-1021
14791236        EDI: ECAST.COM Jun 26 2019 06:58:00     eCAST Settlement Corporation,   PO Box 29262,
                 New York NY 10087-9262
                                                                                             TOTAL: 14
```

```
District/off: 0315-2          User: culy              Page 2 of 2            Date Rcvd: Jun 25, 2019
                              Form ID: 309B           Total Noticed: 38


               ***** BYPASSED RECIPIENTS (continued) *****

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              Bridgecrest Credit Company, LLC
cr              Duquesne Light Company
cr              Flagstar Bank, FSB as servicer for Pingora Loan Se
cr              Pingora Loan Servicing, LLC
cr              Pingora Loan Servicing, LLC
cr              Pingora Loan Servicing, LLC
cr*             eCAST Settlement Corporation,    PO Box 29262,    New York, NY   10087-9262
14270769*      +Cash Advance Now,    P.O. Box 569,    Hays, MT 59527-0569
14270771*      +Great Plains Finance LLC,    P.O. Box 569,    Hays, MT 59527-0569
14270772*      +Green Trust Cash LLC,    P.O. Box 340,    Hays, MT 59527-0340
14270773*      +Rosebud Lending & Zoca Loans,    P.O. Box 1147,    Mission, SD 57555-1147
14270775*      +Target Finance LLC,    P.O. Box 516,    Hays, MT 59527-0516
                                                                              TOTALS: 6, * 6, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 27, 2019                                    Signature:  /s/Joseph Speetjens 

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 25, 2019 at the address(es) listed below:
```
              Alexandra Teresa Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
               Servicing, LLC ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
              Danielle  Boyle-Ebersole     on behalf of Creditor    Bridgecrest Credit Company, LLC
               debersole@hoflawgroup.com,   pfranz@hoflawgroup.com
              James  Warmbrodt     on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
              Joshua I. Goldman    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
              Kenneth  Steidl    on behalf of Debtor Lisa M. Kusan  julie.steidl@steidl-steinberg.com,
               ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
               eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
               inberg.com
              Matthew John McClelland     on behalf of Creditor    Pingora Loan Servicing, LLC
               bkgroup@kmllawgroup.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 11
```