IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
| ) | Bankruptcy No. 16-22718-JAD |
| Lisa M. Kusan, ) | |
| *Debtor(s)* ) | Related to Dkt. No. 118 |
| ) | |

## CERTIFICATE OF SERVICE

    I, the undersigned, hereby certify that on July 3, 2019, a true and correct copy of the *Order Converting Case Under Chapter 13 To Case Under Chapter 7, Setting Deadlines, Scheduling Status Conference, And Terminating Wage Attachment* was served by U. S. First Class Mail, postage prepaid, upon the following persons and parties:

All parties on the attached mailing matrix.


Date of Service:    July 3, 2019    /s/ Kenneth Steidl
                                                                         Kenneth Steidl, Esquire
                                                                         STEIDL & STEINBERG
                                                                         28th Floor, Gulf Tower
                                                                         707 Grant Street
                                                                         Pittsburgh, PA 15219
                                                                         (412) 391-8000
                                                                         PA I.D. 34965

```
Label Matrix for local noticing         Allegheny Health Network              American InfoSource LP as agent for
0315-2                                  320 E North Ave                       Spot Loan
Case 16-22718-JAD                       Pittsburgh, PA 15212-4756             PO Box 248838
WESTERN DISTRICT OF PENNSYLVANIA                                              Oklahoma City, OK  73124-8838
Pittsburgh
Wed Jul  3 11:29:24 EDT 2019

American InfoSource LP as agent for Spot Loa   Peter J. Ashcroft              Danielle Boyle-Ebersole
PO Box 248838                                  Bernstein-Burkley, P.C.        Hladik, Onorato & Federman, LLP
Oklahoma City, OK 73124-8838                   Suite 2200, Gulf Tower         298 Wissahickon Avenue
                                               Pittsburgh, PA 15219-1900      North Wales, PA 19454-4156


Bridgecrest Credit Company, LLC         Cash Advance Now                      Cenlar
PO BOX 29018                            P.O. Box 569                          PO Box 986
PHOENIX, AZ 85038-9018                  Hays, MT 59527-0569                   Newark, NJ 07184-0001



Cenlar Central Loan Admin.              DriveTime - McKnight                  Duquesne Light Company
P.O. Box 77404                          7211 McKnight Road                    c/o Peter J. Ashcroft,
Trenton, NJ 08628-6404                  Pittsburgh PA 15237-3509              Bernstein-Burkley, P.C.,
                                                                              707 Grant St., Suite 2200, Gulf Tower,
                                                                              Pittsburgh, PA 15219-1945

Manfred Fisher                          Flagstar Bank, FSB as servicer for Pingora L   Alexandra Teresa Garcia
Coldwell Banker Real Estate Services    C/O McCabe, Weisberg & Conway, LLC             McCabe Weisberg & Conway, P.C.
5996 Centre Ave., Suite 301             Suite 1400                                     123 South Broad Street
Pittsburgh, PA 15206-3849               123 South Broad Street                         Philadelphia, PA 19109-1029
                                        Philadelphia, PA 19109-1060

Joshua I. Goldman                       Great Plains Finance LLC              Green Trust Cash LLC
KML Law Group, P.C.                     P.O. Box 569                          P.O. Box 340
701 Market Street                       Hays, MT 59527-0569                   Hays, MT 59527-0340
Suite 5000
Philadelphia, PA 19106-1541

Lisa M. Kusan                           Matthew John McClelland               Office of the United States Trustee
2034 Swallow Hill Road, Apt. 301        KML Law Group, P.C.                   Liberty Center.
Pittsburgh, PA 15220-1635               701 Market Street                     1001 Liberty Avenue, Suite 970
                                        Suite 5000                            Pittsburgh, PA 15222-3721
                                        Philadelphia, PA 19106-1541

OneMain                                 Pennsylvania Dept. of Revenue         Peoples Natural Gas Company LLC
PO BOX 70912                            Department 280946                     225 North Shore Drive
Charlotte NC 28272-0912                 P.O. Box 280946                       Attention:  Barbara Rodgers
                                        ATTN: BANKRUPTCY DIVISION             Pittsburgh, PA 15212-5860
                                        Harrisburg, PA 17128-0946

Peoples Natural Gas Company LLC         Pingora Loan Servicing, LLC           Pingora Loan Servicing, LLC
c/o S. James Wallace, P.C.              Cenlar FSB                            c/o Flagstar Bank, FSB
845 North Lincoln Avenue                425 Phillips BLVD                     P. O. Box 660263
Pittsburgh, PA 15233-1828               Ewing, NJ 08618-1430                  Dallas, TX 75266-0263


Recovery Management Systems Corporation     Recovery Management Systems Corporation   Rosebud Lending & Zoca Loans
25 S.E. Second Avenue                       25 S.E. 2nd Avenue, Suite 1120            P.O. Box 1147
Suite 1120                                  Miami, FL 33131-1605                      Mission, SD 57555-1147
Miami, FL 33131-1605
```

```
(p)SPRINGLEAF FINANCIAL SERVICES      Jeffrey J. Sikirica              Kenneth Steidl
P O BOX 3251                          121 Northbrook Drive             Steidl & Steinberg
EVANSVILLE IN 47731-3251              Pine Township                    Suite 2830 Gulf Tower
                                      Gibsonia, PA 15044-8983          707 Grant Street
                                                                       Pittsburgh, PA 15219-1908


Synchrony Bank                        Target Finance LLC               S. James Wallace
c/o PRA Receivables Management, LLC   P.O. Box 516                     845 N. Lincoln Avenue
PO Box 41021                          Hays, MT 59527-0516              Pittsburgh, PA 15233-1828
Norfolk VA 23541-1021



James Warmbrodt                       eCAST Settlement Corporation
KML Law Group, P.C.                   PO Box 29262
701 Market Street                     New York, NY 10087-9262
Suite 5000
Philadelphia, PA 19106-1541
```

                The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
                by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).


```
SPRINGLEAF FINANCIAL SERVICES         (d)Springleaf Financial          (d)Springleaf Financial
P.O. BOX 3251                         3274 Babcock Boulevard           3274 Babcock Boulevard
EVANSVILLE, IN 47731-3251             Pittsburgh, PA 15237             Suite 4
                                                                       Pittsburgh, PA 15237
```



                The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.


```
(u)Bridgecrest Credit Company, LLC    (d)DriveTime - McKnight          (u)Duquesne Light Company
                                      7211 McKnight Road
                                      Pittsburgh, PA 15237-3509



(u)Flagstar Bank, FSB as servicer for Pingora   (u)Pingora Loan Servicing, LLC   (d)eCAST Settlement Corporation
                                                                                 PO Box 29262
                                                                                 New York NY 10087-9262
```


End of Label Matrix
Mailable recipients    37
Bypassed recipients     6
Total                  43