**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:

LISA M. KUSAN

Debtor(s)

Ronda J. Winnecour
Movant
vs.
No Respondents.

Case No.:16-22718 JAD

Document No.:

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS

Ronda J. Winnecour, Trustee for the above case, submits the following final report and account of the administration of the estate pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 07/22/2016 and confirmed on 09/15/2016. The case was subsequently (D) CONVERTED AFTER CONFIRMATION FUNDS TO DEBTOR

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 29,764.23 |
| Less Refunds to Debtor | 1,766.10 | |
| TOTAL AMOUNT OF PLAN FUND | | 27,998.13 |
| Administrative Fees | | |
|   Filing Fee | 0.00 | |
|   Notice Fee | 0.00 | |
|   Attorney Fee | 2,457.93 | |
|   Trustee Fee | 1,287.05 | |
|   Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 3,744.98 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
| PINGORA LOAN SERVICING LLC | 13,938.83 | 13,938.83 | 0.00 | 13,938.83 |
|   Acct: 4184 | | | | |
| PINGORA LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: 4184 | | | | |
| SPRINGLEAF FINANCIAL SVCS OF PA INC | 2,200.17 | 2,200.17 | 180.93 | 2,381.10 |
|   Acct: 3220 | | | | |
| | | | | 16,319.93 |
| **Priority** | | | | |
| KENNETH STEIDL ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LISA M. KUSAN | 0.00 | 0.00 | 0.00 | 0.00 |
|   Acct: | | | | |
| LISA M. KUSAN | 1,766.10 | 1,766.10 | 0.00 | 0.00 |
|   Acct: | | | | |
| STEIDL & STEINBERG | 2,500.00 | 2,457.93 | 0.00 | 0.00 |
|   Acct: | | | | |
| BRIDGECREST CREDIT COMPANY LLC | 0.00 | 7,777.49 | 0.00 | 7,777.49 |
|   Acct: 1101 | | | | |

| 16-22718 JAD | TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS | | | Page 2 of 2 |
|---|---|---|---|---|
| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
| **Priority** | | | | |
| RONDA J WINNECOUR PA ID #30399** | 155.73 | 155.73 | 0.00 | 155.73 |
| Acct: $/OE | | | | |
| | | | | 7,933.22 |
| **Unsecured** | | | | |
| CASH ADVANCE NOW | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 2600 | | | | |
| GREAT PLAINS FINANCE | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3200 | | | | |
| GREEN TRUST | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 3800 | | | | |
| ROSEBUD LENDING AND ZOCA LOANS | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| TARGET FINANCE LLC | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 6611 | | | | |
| AMERICAN INFOSOURCE LP AGENT FOR ! | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 9033 | | | | |
| ECAST SETTLEMENT CORP | 743.31 | 0.00 | 0.00 | 0.00 |
| Acct: 7760 | | | | |
| ONE MAIN FINANCIAL GROUP LLC(*) | 9,553.01 | 0.00 | 0.00 | 0.00 |
| Acct: 9316 | | | | |
| PEOPLES NATURAL GAS CO LLC* | 385.41 | 0.00 | 0.00 | 0.00 |
| Acct: 8663 | | | | |
| DUQUESNE LIGHT COMPANY* | 274.34 | 0.00 | 0.00 | 0.00 |
| Acct: 2843 | | | | |
| BERNSTEIN-BURKLEY PC (FORMERLY FO | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| PEOPLES NATURAL GAS CO LLC* | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| SYNCHRONY BANK++ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: 7760 | | | | |
| JAMES C WARMBRODT ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |
| ALEXANDRA T GARCIA ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
| Acct: | | | | |

\* \* \* N O N E \* \* \*

| TOTAL PAID TO CREDITORS | | 24,253.15 |
|---|---|---|
| TOTAL CLAIMED | | |
| PRIORITY | 155.73 | |
| SECURED | 16,139.00 | |
| UNSECURED | 10.956.07 | |

Date: 07/31/2019

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com