**Form 144**

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

In re:

**Lisa M. Kusan**
Debtor(s)

Bankruptcy Case No.: 16–22718–JAD

Chapter: 7
Docket No.: 133

## **NOTICE – REMINDER**

     Pursuant to *Fed.R.Bankr.P. 5009(b),* notice is hereby given that the above−captioned case will be closed without an Order of Discharge unless a ***Certification of Completion of Instructional Course Concerning Personal Financial Management*** (**Official Form B423**) is filed within the applicable deadline set forth in *Fed.R.Bankr.P. 1007(c).* The deadline is as follows:

     ***CHAPTER 7 CASES*** – – *Fed.R.Bankr.P. 1007(c)* requires an individual debtor in a Chapter 7 case to file a statement regarding completion of a course in personal financial management within **60 days** after the first date set for the meeting of creditors under §341 of the Bankruptcy Code.

Dated: October 21, 2019                                                                         Michael R. Rhodes, Clerk
                                                                                                             United States Bankruptcy Court

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-22718-JAD
Lisa M. Kusan                                                             Chapter 7
       Debtor

## CERTIFICATE OF NOTICE

District/off: 0315-2          User: admin              Page 1 of 1              Date Rcvd: Oct 21, 2019
                              Form ID: 144             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 23, 2019.
db              +Lisa M. Kusan,    2034 Swallow Hill Road, Apt. 301,    Pittsburgh, PA 15220-1635

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 23, 2019                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 21, 2019 at the address(es) listed below:
          Alexandra Teresa Garcia    on behalf of Creditor    Flagstar Bank, FSB as servicer for Pingora Loan
           Servicing, LLC ecfmail@mwc-law.com,    ecfmail@ecf.courtdrive.com
          Danielle Boyle-Ebersole    on behalf of Creditor    Bridgecrest Credit Company, LLC
           debersole@hoflawgroup.com,    pfranz@hoflawgroup.com
          James Warmbrodt    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          Jeffrey J. Sikirica    trusteesikirica@zoominternet.net,    PA59@ecfcbis.com
          Joshua I. Goldman    on behalf of Creditor    Pingora Loan Servicing, LLC bkgroup@kmllawgroup.com
          Kenneth Steidl    on behalf of Debtor Lisa M. Kusan julie.steidl@steidl-steinberg.com,
           ken.steidl@steidl-steinberg.com;ifriend@steidl-steinberg.com;asteidl@steidl-steinberg.com;todd@st
           eidl-steinberg.com;cgoga@steidl-steinberg.com;rlager@steidl-steinberg.com;leslie.nebel@steidl-ste
           inberg.com
          Matthew John McClelland    on behalf of Creditor    Pingora Loan Servicing, LLC
           bkgroup@kmllawgroup.com
          Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
          Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
           ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
          S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
           Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 10